**Motion Granted; Vacated and Remanded and Memorandum Opinion filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00811-CV

---

## IN THE MATTER OF THE MARRIAGE OF APRIL A. DISHAW AND DONALD J. DISHAW, JR. AND IN THE INTEREST OF D.J.D., H.A.D., A.B.D., AND D.L.D., CHILDREN

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-199176**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed July 8, 2014. On November 4, 2014, this court referred the case to mediation. On March 17, 2015, the parties filed an agreed motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

We grant the motion. Accordingly, we order the trial court's judgment vacated and set aside without regard to the merits and we remand this case to the trial court for entry of a judgment in accordance with the parties' settlement agreement.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.